**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1520**

RONALD LEE ROBERTSON,

Plaintiff - Appellant,

v.

FLOWERS BAKING CO. OF LYNCHBURG, LLC,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg. Norman K. Moon, Senior District Judge. (6:11-cv-00013-NKM-BWC)

Submitted: July 19, 2012                     Decided: July 23, 2012

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald Lee Robertson, Appellant Pro Se. Jeffrey Parker Dunlaevy, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC, Greenville, South Carolina; Kevin Patrick Hishta, Brittni A. Pitts, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC, Atlanta, Georgia; Kristine H. Smith, EDMUNDS & WILLIAMS, PC, Lynchburg, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Lee Robertson appeals the district court's orders dismissing his employment discrimination action and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Robertson v. Flowers Banking Co. of Lynchburg, LLC, No. 6:11-cv-00013-NKM-BWC (W.D. Va. Mar. 6, Apr. 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2